UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-20735-UNGARO-OTAZO-REYES

CESAR R. ZAMORA,

    Plaintiff,

vs.

MAKIS PLACE FOOD SERVICES LLC,
MAKIS PLACE FRANCHISING LLC,
MAKIS PLACE TH, LLC,
GUSTAVO GERALD TOJA FRACHIA, and
CARLOS E. PINTO,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF STRIKING ECF NO. 1**

    Plaintiff, CESAR R. ZAMORA, notices the Court and all parties of the striking of ECF No. 1, due to its containing a scrivener's error, and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in the U.S. District Court's CM/EDF System on this 1st day of March, 2016.

    FAIRLAW FIRM
    *Counsel for Plaintiff*
    8603 South Dixie Hwy., Suite 408
    Miami, FL 33143
    Tel:    305.230.4884
    Fax:    305.230.4844

    s/*Brian H. Pollock, Esq.*
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com