UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-20735

CESAR R. ZAMORA,

    Plaintiff,

vs.

MAKIS PLACE FOOD SERVICES LLC,
MAKIS PLACE FRANCHISING LLC,
MAKIS PLACE TH, LLC,
GUSTAVO GERALD TOJA FRACHIA, and
CARLOS E. PINTO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF UNAVAILABILITY

The undersigned counsel for Plaintiff will be unavailable, out of the jurisdiction, and requests that no hearings or matters occur from **June 11, 2016 through and including June 17, 2016,** from **July 2, 2016 through and including July 11, 2016**, and from **July 22, 2016 through and including July 27, 2016**. The undersigned seeks an extension of time for all deadlines that fall during these times and/or a protective Order for all matters hereafter noticed and set during the above time periods.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the this document was served through filing in the U.S. District Court's CM/EDF System on this 10th day of March, 2016.

> FAIRLAW FIRM
> *Counsel for Plaintiff*
> 8603 S. Dixie Highway, Suite 408
> Miami, FL 33143
> Tel:    305.230.4884
> Fax:    305.230.4844
>
> *s/Brian H. Pollock, Esq.*
> Brian H. Pollock, Esq.
> Fla. Bar No. 174742
> brian@fairlawattorney.com

2

8603 S. Dixie Highway, Suite 408, Miami, Florida 33143
TEL 305.230.4884   FAX 305.230.4844
*brian@fairlawattorney.com www.fairlawattorney.com*